In re the Marriage of Cheung C. WONG, Appellant,

v.

James W. WONG, Respondent.

No. ED 81320.

Missouri Court of Appeals, Eastern District, Division Five.

June 10, 2003.

Edgar E. Lim, St. Louis, MO, for appellant.

James W. Wong, Houston, pro se.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., CHARLES B. BLACKMAR, SR. J.

*ORDER*

PER CURIAM.

Cheung C. Wong appeals the judgment denying her maintenance in her proceeding for dissolution of marriage. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).